Larry O. Folks, #012142
Lisa S. Kass, #020859
Folks & O'Connor, PLLC
1850 N. Central Ave, #1140
Phoenix, Arizona 85004
(602) 256-9152
kass@folksoconnor.com
*Attorneys for the Movant, MB*
*Financial Bank, NA, successor by*
*merger with Oak Brook Bank*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JACK ROBERT SILVERMAN,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:10-bk-31920-CGC |
| MB FINANCIAL BANK, NA,<br>SUCCESSOR BY MERGER WITH<br>OAK BROOK BANK,<br><br>Movant,<br><br>vs.<br><br>JACK ROBERT SILVERMAN,<br>DEBTOR; AND DALE D. ULRICH,<br>CHAPTER 7 TRUSTEE,<br><br>Respondents. | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY AND MAILING OF PROPOSED FORM OF ORDER**<br><br>**Re: 2006 Harley Davidson FXDCI** |

NOTICE IS HEREBY GIVEN that on the 10th day of December, 2010, MB

Financial Bank, N.A., as successor by merger with Oak Brook Bank ("Movant") filed

its "Motion for Relief from the Automatic Bankruptcy Stay" ("Motion for Relief")

seeking relief from the automatic bankruptcy stay to allow Movant to exercise its state law rights and remedies in and to certain property known as 2006 Harley Davidson FXDCI, VIN #1HD1GV1106K320953 (the "Automobile") which is specifically described by a Arizona Certificate of Title attached to the Motion for Relief as **Exhibit "B"**; along with mailing to the interested parties provided below a proposed form of Order approving the Motion.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 4001-1, if no written objection to the Motion for Relief is filed with the Court, with a copy thereof served on Movant's attorney, whose address is: Lisa S. Kass, Folks & O'Connor, PLLC, 1850 N. Central Ave, #1140, Phoenix, Arizona 85004 within fifteen (15) days of service of this Notice, then the Court may grant the Motion without further notice or hearing.

DATED this 10th day of December, 2010.

FOLKS & O'CONNOR, PLLC

By _____ /s/ Lisa S. Kass
  Larry O. Folks
  Lisa S. Kass
  1850 N. Central Avenue, #1140
  Phoenix, AZ  85004
  *Attorneys for Movant*

**ORIGINAL** filed by **ECF** and
**COPIES** of the foregoing mailed
this 10th day of December, 2010 to:

Jack Robert Silverman
13277 North 101st St
Scottsdale, AZ 85260-7229
*Debtor*

J. Murray Zeigler
Zeigler Law Group, Plc
1351 N Criss St
Chandler, AZ 85226-1307
*Attorney for Debtor*

| | |
|---|---|
| 1 | Dale D. Ulrich<br>Pmb-615 1928 E. Highland, #F104<br>Phoenix, AZ 85016-4626<br>*Chapter 7 Trustee* |
| 2 | |
| 3 | |
| 4 | US Trustee<br>Office of the US Trustee<br>230 North First Avenue<br>Suite 204<br>Phoenix, AZ 85003-1706 |
| 5 | |
| 6 | |
| 7 | By /s/ McKinley Sedig<br>*An Employee of Folks & O'Connor, PLLC* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

3